## Case No. 7,752.

### KEZIAH v. SLYE.

[4 Cranch, C. C. 463.] [3]

Circuit Court, District of Columbia. March Term, 1834.

SLAVERY—MARYLAND REGISTRY ACT—PETITION FOR FREEDOM.

A slave imported into the county of Washington, from Virginia, under the 9th section of the Maryland act of 1796 (chapter 67), is entitled to freedom, unless recorded within three months thereafter.

The petitioner [a negress] belonged to the defendant's wife, and was brought from Virginia to Washington, under the 9th section of the Maryland act of 1796 (chapter 67), but was not recorded within three months thereafter, as required by the statute.

Mr. Wallach, for petitioner.

Mr. Marbury, for defendant [Thomas G. Slye], contended that the omission was not with any fraudulent intent.

But THE COURT (nem. con.) was of opinion that the neglect was fatal.

Verdict for the petitioner.